IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JASPER HARRIS SHELBY**                                              **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:07-cv-1142-HSO-RHW**

**SHERIFF MIKE BYRD AND**
**BOARD OF SUPERVISORS**                                        **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of January, 2008.


<u>*s/ Halil Suleyman Ozerden*</u>
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE